11 CV 9607

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Michael Williams_

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1  _Raymond Kelly_

Defendant No. 2  _State of New York_

Defendant No. 3  _City of New York_

Defendant No. 4  _Twenty Fifth Precinct_

Defendant No. 5  _____

(In the space above enter the full name(s) of the defendant(s). If
you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and attach
an additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. No addresses should be included here.)

**COMPLAINT**

under the

Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes __/__  No ___

(check one)

RECEIVED
DEC 27 2011
PRO SE OFFICE

DEC 2...
PRO SE OFFICE

## I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff    Name _Michael Williams_

ID # _03193506H_

Current Institution _Ulster Correctional Facility_

Address _P.O. Box 800  Napanoch, N.Y. 12458_

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Raymond Kelly_____ Shield # _____
                   Where Currently Employed _City of New York_____
                   Address _One Police Plaza_____
                   _____

Defendant No. 2    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _Twenty Fifth Precinct_____ Shield # _____
                   Where Currently Employed _____
                   Address _119 St. Park avenue_____
                   _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _On west 110St._
_Adam Clayton Powell Boulevard_____

B.    Where in the institution did the events giving rise to your claim(s) occur? _In New York_
_City at the twenty Fifth Precinct_____
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_September 21 2011 approximately 7:30 p.m_____
_____

2

D.    Facts: _____

**What happened to you?**

_____
_____
_____
_____
_____

**Who did what?**

_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

_____
_____
_____

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *I received an mental Health evaluation at Robert N. Daveron's Center on Rikers Island.*

_____
_____
_____
_____
_____

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____

_____

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

     Yes _____     No _____     Do Not Know _____

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

     Yes _____     No _____     Do Not Know _____

If YES, which claim(s)? _____

D.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose <u>not</u> cover some of your claim(s)?

     Yes _____     No _____     Do Not Know _____

If YES, which claim(s)? _____

E.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

     Yes _____     No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

     Yes _____     No _____

F.     If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

    1.     Which claim(s) in this complaint did you grieve? _____

_____

    2.     What was the result, if any? _____

_____

    3.     What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

G.     If you did not file a grievance, did you inform any officials of your claim(s)?

Yes _____ No _____

1.    If YES, whom did you inform and when did you inform them? _____

_____

_____

2.    If NO, why not? _____

_____

_____

_____

I.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _____

_____

_____

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

## V.    Relief:

State what you want the court to do for you. *I want to be Recompensated
800,000 Eight hundred thousand dollars for my mental instabilites
and pain and suffering.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VI.    Previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
action?

Yes _____ No __/__

On
these
claims

B.    If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If

5

there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

     1.     Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

     2.     Court (if federal court, name the district; if state court, name the county) _____

_____

     3.     Docket or Index number _____

     4.     Name of Judge assigned to your case _____

     5.     Approximate date of filing lawsuit _____

     6.     Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

     7.     What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**On other claims**

D.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ____

E.     If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

     1.     Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

     2.     Court (if federal court, name the district; if state court, name the county) _____

_____

     3.     Docket or Index number _____

     4.     Name of Judge assigned to your case _____

     5.     Approximate date of filing lawsuit: _____

     6.     Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

     7.     What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

Signed this 19th day of December , 2011. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff _____

Inmate Number 11R3783

Mailing address P.O Box 800 Napanoch

N.Y 12958

_____

_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 19th day of December , 2011, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

rev. 09/04

7

Michael Williams
Book and case# 349-11-15500
RobertN. Daveron Center
11-11 Hazen Street
East Elmhurst, New York
11370


To whom it may concern,
      I Michael Williams has been a victim of a
sexual assault by the hands of the twenty-fifth precinct
of New York City. On September 21st 2011 I was arrested
om 112street and st. Nicholos avenue and taken to 110th
street and Adam Clayton Powell Boulevard inside central
park where i was confronted by several other officers
including seargant Judge. It was there i was stripsearched out-
side. While being asked a series of questions a officers
whose name i did not retrieve beached into my underwear
and lifted up my testicles and felt around my scrotom.
      At the precinct i was placed into the first cell upon
entrance and stripsearched again. There was four officers
insde with me and two outside looking in including
seargant Judge. With an officer on each limb i was told to
take of my clothes. While in the nude i was then told to
"drop down and get my eagle on" as i stood in shock
I was told if i did not do what was demanded i would gewt
the shit beat outta me" I was then physically forced down
into a squatting position. As all the officers laughed I
begun to rise. I was then placed on the adjacent wall and told
to drop again. I did in fear that the officers will maul me
and seargant Judge will either turn away or join in and beat
me with the baton heheld. After the second laughing session
I was allowed to get dress.


November 17, 2011.