UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WILLIAMS,

                    Plaintiff,

          v.

RAYMOND KELLY, STATE OF NEW
YORK, CITY OF NEW YORK, TWENTY
FIFTH PRECINCT,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2-18-14

11 Civ. 9607 (PAC) (KNF)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

HONORABLE PAUL A. CROTTY, United States District Judge:

In December 2011, *pro se* Plaintiff Michael Williams ("Plaintiff") brought this action

against Raymond Kelly, the City of New York (collectively, "City Defendants"), the State of

New York, and the Twenty Fifth Precinct under 42 U.S.C. § 1983, alleging that he was assaulted

by police officers during a stripsearch.  On January 31, 2012, the Court referred the matter to

Magistrate Judge Kevin Nathaniel Fox.  After Plaintiff failed to attend three court conferences,

City Defendants filed a motion to dismiss for failure to prosecute on May 15, 2013.  On August

15, 2013, Magistrate Judge Fox issued a Report and Recommendation ("R&R") that City

Defendants' motion to dismiss should be granted.  (ECF No. 37.)

The Court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The Court may adopt

those portions of the R&R to which no timely objection has been made, so long as there is no

clear error on the face of the record.  *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169

(S.D.N.Y. 2003).  After being served with a copy of Magistrate Judge Fox's recommended

disposition, Plaintiff had fourteen days to file specific written objections to the proposed findings

and recommendations.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  Plaintiff's failure to

file timely objections to the R&R results in waiver of those objections.  *See Thomas v. Arn*, 474

U.S. 140, 155 (1985).  Thus, the Court reviews the R&R for clear error.  Having found none, the Court hereby adopts the R&R in full.

Accordingly, City Defendants' motion to dismiss is GRANTED.  Pursuant to 28 U.S.C 1915(a), I find that any appeal from this order would not be taken in good faith.  The Clerk of Court is directed to enter judgment and to close this case.

Dated: New York, New York
     February 18, XXXX
          2014

                                       SO ORDERED

                                       PAUL A. CROTTY
                                       United States District Judge

Copies mailed by chambers to:

Michael Williams
829 Schenck Avenue, Apt. 10
Brooklyn, NY 11205